**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: SOCLEAN, INC. MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** )<br>)<br>)<br>)<br>)<br>This document relates to: )<br>)<br>*SoClean, Inc.* v. *Koninklijke Philips N.V., et al.*, )<br>2:22-cv-542 )<br>) | **Master Docket: No. 22-mc-152**<br><br>**MDL No. 3021**<br><br>**(Oral Argument Requested)** |

**DEFENDANTS' MOTION TO DISMISS SOCLEAN'S**
**SECOND AMENDED COMPLAINT UNDER RULE 12(b)(1)**
**FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendants Philips RS North America LLC, Koninklijke Philips N.V., and Philips North America LLC (collectively, "Defendants"), through their undersigned counsel, respectfully move this Court for entry of an order dismissing Plaintiff SoClean, Inc.'s Second Amended Complaint (ECF No. 211; the "SAC") in its entirety for lack of subject matter jurisdiction.

WHEREFORE, for the reasons set forth in the accompanying Memoranda of Law and accompanying exhibits, Defendants respectfully request that the Court enter an order (a) granting the Motion, (b) dismissing all counts in the Complaint, and (c) granting such other and further relief as the Court deems just and appropriate.

Defendants request oral argument on the Motion.

Dated: November 18, 2022                         Respectfully submitted,

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr. (PA ID # 54279)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
john.lavelle@morganlewis.com
Tel: (215) 963-5000

*/s/ Joshua M. Dalton*
Joshua M. Dalton (BBO# 636402)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
josh.dalton@morganlewis.com
Tel: (617) 951-8284

*Counsel for Defendant Philips RS North America LLC*

*/s/ Michael H. Steinberg*
Michael H. Steinberg
steinbergm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Tel: (310) 712-6670

*/s/ Tracy Richelle High*
Tracy Richelle High
hight@sullcrom.com
William B. Monahan
monahanw@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000

*Counsel for Defendants Koninklijke Philips N.V. and Philips North America LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 18, 2022.

*s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr. (PA ID # 54279)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
john.lavelle@morganlewis.com
Tel: (215) 963-5000

*/s/ Joshua M. Dalton*
Joshua M. Dalton (BBO# 636402)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
josh.dalton@morganlewis.com
Tel: (617) 951-8284