IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: SOCLEAN, INC. MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*SoClean, Inc.* v. *Koninklijke Philips N.V., et al.*, 2:22-cv-542 | Master Docket: No. 22-mc-152<br><br>MDL No. 3021<br><br>**(Oral Argument Requested)** |

### DEFENDANTS' MOTION TO DISMISS SOCLEAN'S SECOND AMENDED COMPLAINT UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Philips RS North America LLC, Koninklijke Philips N.V., and Philips North America LLC (collectively, "Defendants"), through their undersigned counsel, respectfully move this Court for entry of an order dismissing Plaintiff SoClean, Inc.'s Second Amended Complaint (ECF No. 211; the "SAC") in its entirety for failure to state a claim.

WHEREFORE, for the reasons set forth in the accompanying Memoranda of Law and accompanying exhibits, Defendants respectfully request that the Court enter an order (a) granting the Motion, (b) dismissing all counts in the SAC with prejudice, and (c) granting such other and further relief as the Court deems just and appropriate.

Defendants request oral argument on the Motion.

Dated: December 16, 2022								Respectfully submitted,

        */s/ John P. Lavelle, Jr*
        John P. Lavelle, Jr. (PA ID # 54279)
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, PA 19103-2921
        john.lavelle@morganlewis.com
        Tel: (215) 963-5000

        */s/ Joshua M. Dalton*
        Joshua M. Dalton (BBO# 636402)
        MORGAN, LEWIS & BOCKIUS LLP
        One Federal Street
        Boston, MA 02110
        josh.dalton@morganlewis.com
        Tel: (617) 951-8284

        *Counsel for Defendant Philips RS North America LLC*


        */s/ Michael H. Steinberg*
        Michael H. Steinberg
        steinbergm@sullcrom.com
        SULLIVAN & CROMWELL LLP
        1888 Century Park East
        Los Angeles, CA 90067
        Tel: (310) 712-6670

        */s/ Tracy Richelle High*
        Tracy Richelle High
        hight@sullcrom.com
        William B. Monahan
        monahanw@sullcrom.com
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY 10004-2498
        Tel: (212) 558-4000

        *Counsel for Defendants Koninklijke Philips N.V. and Philips North America LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 16, 2022.

*s/ John P. Lavelle, Jr*
John P. Lavelle, Jr. (PA ID # 54279)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
john.lavelle@morganlewis.com
Tel: (215) 963-5000

*/s/ Joshua M. Dalton*
Joshua M. Dalton (BBO# 636402)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
josh.dalton@morganlewis.com
Tel: (617) 951-8284