# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SOCLEAN, INC. MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: *SoClean, Inc.* v. *Koninklijke Philips N.V., et al.*, 2:22-cv-542 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Master Docket: No. 22-mc-152 <br><br> MDL No. 3021 |

## JOINT SUBMISSION REGARDING PROPOSED FDA EXPERT UNDER FEDERAL RULE OF EVIDENCE 706

Philips RS North America LLC, Philips North America LLC, and Koninklijke Philips N.V., the Consumer Plaintiffs and SoClean, Inc. make this joint submission in response to the Court's request at the July 20, 2023 status conference. The parties have conferred and have no objection to the selection of Marjorie Shulman as an FDA expert pursuant to Federal Rule of Evidence 706, subject to her clearing conflicts. The parties also agree to leave to the Court's discretion whether to appoint a second FDA expert pursuant to Federal Rule of Evidence 706 to address the question of enforcement discretion.

Dated: July 25, 2023

| | |
|---|---|
| */s/ James R. Anderson* | */s/ Michael H. Steinberg* |
| James R. Anderson (jaanderson@proskauer.com) | Michael H. Steinberg (steinbergm@sullcrom.com) |
| Colin G. Cabral (ccabral@proskauer.com) | SULLIVAN & CROMWELL LLP |
| Michael R. Hackett (mhackett@proskauer.com) | 1888 Century Park East |
| Hena M. Vora (hvora@proskauer.com) | Los Angeles, CA 90067 |
| PROSKAUER ROSE LLP | Telephone: (310) 712-6600 |
| One International Place | |
| Boston, MA 02110 | William B. Monahan (monahanw@sullcrom.com) |
| Telephone: (617) 526-9600 | Tracy Richelle High (hight@sullcrom.com) |
| | 125 Broad Street |
| *Attorneys for SoClean, Inc.* | New York, NY 10004 |
| | Telephone: (212) 558-4000 |

|  | *Attorneys for Philips North America LLC and Koninklijke Philips N.V.* |
|---|---|
| */s/ Ruth Anne French-Hodson* | */s/ Erik T. Koons* |
| Ruth Anne French-Hodson (rafrenchhodson@midwest-law.com) SHARP LAW, LLP 4820 W. 75th Street Prairie Village, KS 66208 Telephone: (913) 901-0505 | Erik T. Koons (erik.koons@bakerbotts.com) Andrew T. George (andrew.george@bakerbotts.com) BAKER BOTTS LLP 700 K Street, N.W. Washington, D.C. 20001 Telephone: (202) 639-7973 |
| *Co-lead Counsel for Consumer Plaintiffs* | *Attorneys for Philips RS North America LLC* |