UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SOCLEAN, INC. MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*SoClean, Inc.* v. *Koninklikje Philips N.V., et al.*, 2:22-cv-542 | Master Docket:  Misc. No. 22-mc-152<br><br>MDL No. 3021 |

### **STIPULATION AND ORDER**

This stipulation is entered into by and among SoClean, Inc., DW Management Services, LLC, Koninklijke Philips N.V., Philips RS North America LLC, and Philips North America LLC.

The parties hereby stipulate to and respectfully request that the Court enter the following case schedule:

- March 24, 2025: Opening Expert Reports
- April 14, 2025: Rebuttal Expert Reports
- April 28, 2025: Close of Expert Discovery
- May 2, 2025: *Daubert* Motions
- May 16, 2025: *Daubert* Oppositions
- June 10, 2025: Case Management Conference and *Daubert* Hearing[1]
- June 11, 2025: *Daubert* Hearing (if second day is necessary)

---

[1] If *Daubert* objections are limited, the parties may move to reschedule the *Daubert* Hearing to May 28, 2025.

**IT IS SO ORDERED.**

Dated:  March 7, 2025                              s/Joy Flowers Conti
                                                   Hon. Joy Flowers Conti
                                                   Senior United States District Judge

**SO STIPULATED AND AGREED.**

Dated:  February 28, 2025              Respectfully submitted,

                                       */s/ Erik T. Koons*
                                       Erik T. Koons (NY Bar No. 2941102)
                                       **BAKER BOTTS LLP**
                                       700 K St. NW
                                       Washington, DC  20001
                                       Telephone: (202) 639-7973
                                       Fax:  (202) 585-1086
                                       erik.koons@bakerbotts.com

                                       Andrew T. George (PA Bar No. 208618)
                                       **BOURELLY, GEORGE, + BRODEY**
                                       1050 30th Street, NW
                                       Washington DC 20007
                                       Telephone: (202) 753-5012
                                       Fax:  (703) 465-8104
                                       andrew.george@bgblawyers.com

                                       *Counsel for Philips RS North America LLC*

                                       */s/ Tracy Richelle High*
                                       Tracy Richelle High (NY Bar No. 3020096)
                                       William B. Monahan (NY Bar No. 4229027)
                                       **SULLIVAN & CROMWELL LLP**
                                       125 Broad Street
                                       New York, NY  10004
                                       Telephone:  (212) 558-4000
                                       Fax:  (212) 558-3588
                                       hight@sullcrom.com
                                       monahanw@sullcrom.com

                                       Michael H. Steinberg (of counsel)
                                       **SULLIVAN & CROMWELL LLP**
                                       1888 Century Park East
                                       Los Angeles, CA  90067
                                       Telephone: (310) 712-6670

Fax:  (310) 712-8800
steinbergm@sullcrom.com

*Counsel for Koninklijke Philips N.V. and Philips North America LLC*

*/s/ Colin G. Cabral*
Colin G. Cabral (BBO # 670234)
Michael R. Hackett (BBO # 676693)
James R. Anderson (BBO # 693781)
Adam L. Deming
Genesis G. Sanchez Tavarez
**PROSKAUR ROSE LLP**
One International Place
Boston, MA 02110
Telephone: (617) 526-9600
Fax: (617) 526-9899
ccabral@proskauer.com
mhackett@proskauer.com
jaanderson@proskauer.com
ademing@proskauer.com
gsancheztavarez@proskauer.com

Jeff H. Warshafsky
William T. Walsh, Jr.
Nicole Swanson
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Telephone: 212-969-3000
Fax: 212-969-2900
jwarshafsky@proskauer.com
wwalsh@proskauer.com
nswanson@proskauer.com

*Counsel for SoClean, Inc. and DW Management Services, LLC*